IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AISHA WRIGHT, | ) | Case Number:   8:04CV635 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | REASSIGNMENT ORDER |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

The Clerk's office has not received a Consent to Exercise of Jurisdiction by United States Magistrate Judge form signed by all parties. Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Laurie Smith Camp for disposition and to Magistrate Judge F. A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 28th day of April, 2005.

BY THE COURT:

s/ Joseph F. Bataillon, Chief Judge
United States District Court