# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AISHA WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 8:04CV635 |
| | ) | |
| UNION PACIFIC RAILROAD, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on defendant's MOTION TO AMEND ANSWER AND AFFIRMATIVE DEFENSES (#13). The court has not received a response in opposition to the motion. Rule 15(a) of the Federal Rules of Civil Procedure provides that leave to amend a pleading "shall be freely given when justice so requires." Having reviewed the proposed pleading (#15), I find that the motion should be granted. Pursuant to Fed. R. Civ. P. 15(a) and NECivR 15.1,

**IT IS ORDERED** that defendant's MOTION TO AMEND ANSWER AND AFFIRMATIVE DEFENSES (#13) is granted. Defendant shall file and serve the amended pleading on or before **August 30, 2005**.

**DATED August 23, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**