## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **AISHA WRIGHT,** | ) | CASE NO. 8:04CV635 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **UNION PACIFIC RAILROAD CO.,** | ) | |
| Corporation, | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's Motion to Dismiss, that is also been executed by the Defendant. The Court finds that the motion complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and that it should be granted. Accordingly,

IT IS ORDERED:

1. The Motion to Dismiss (Filing No. 25) is granted;

2. The Complaint and all claims in this matter are dismissed with prejudice; and

3. The parties shall pay their own costs and attorney fees.

Dated this 24th day of August, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge